UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5470

v.

Michael Smerconish d/b/a AM 1210 Host,
Defendant

## Civil Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and Civil Rights violation. Defendant is bias and prejudice against me, and influenced my Federal sentencing Judge in giving me a 125 month sentence for wire fraud that is violating my 6th amendment rights under Booker and FanFan. The day I got sentenced in June 2004, Defendant was broadcasting on the satalite radio to my Judges car. Defendant was telling the world anyone who steals credit cards and does identity theft should rot in prison. Then he told about a sob story that his Mother was a victim and he cried on the air. The Judge took that personally and I got unfair punished. I got sentenced far severly then my co-defendants. Smerconish was also a credit card victim of mine. The U.S. sentencing commission is bias against wirefraud, but gives violent crack cocaine offenders a reduced sentence. My civil rights are violated. I seek $25 million. My dreams are lost, I suffered major mental damage.

Jonathan Lee Riches©
#40948-018
Fci Williamsburg     843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted
Jonathan Lee Riches©